# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Smita Maity, et al.,

                    Plaintiff,

      v.

Calant Capital, LLC, et al.,

                 Defendants.

Case No. 2:20-cv-725-APG-NJK

**ORDER GRANTING IN PART MOTION TO SEAL**

[ECF No. 11]

The motion to seal filed by defendants Pace TPA and Richard Cromwick **(ECF No. 11) is granted in part**. Any party wishing to have those documents filed under sealed shall file a motion to seal explaining the reasons by June 15, 2020. Any opposition is due by June 22, 2020. If no motion to seal is filed, then defendants Pace TPA and Richard Cromwick shall file those exhibits unsealed by June 18, 2020.

     Dated: June 8, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE