HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 So. Casino Center Blvd.
Las Vegas Nevada 89104
Telephone: (702) 382-1714
Email: harold@gewerterlaw.com
*Attorney for Plaintiff*
*Smita Maity*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SMITA MAITY, as trustee of the MAITY MEDICAL ASSOCIATES DEFINED BENEFIT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>CALANT CAPITAL, LLC, an Nevada limited liability company; FIRST CONSOLIDATED INVESTMENT MANAGEMENT, INC., a Nevada corporation, d/b/a ELYSIEN PRIVATE WEALTH; ANTHONY DEPASQUALE, an individual; DAVEY INSURANCE MARKETING, INC., a California corporation, d/b/a PACE TPA; RICHARD CROMWICK, an individual;<br><br>Defendants. | Case No.: 2:20-cv-00725-APG-NJK<br><br>**STIPULATION AND ORDER TO ENLARGE TIME TO RESPOND** |

COMES NOW, Plaintiff, SMITA MAITY, as trustee of the MAITY MEDICAL ASSOCIATES DEFINED BENEFIT PLAN (hereinafter "Plaintiff"), and Defendants, DAVEY INSURANCE MARKETING, INC., d/b/a PACE TPA and RICHARD CROMWICK (hereinafter "Defendants"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1

1. That on May 26, 2020, Defendants filed their Motion to Dismiss (ECF No. 8) and Motion to Compel Arbitration (ECF No. 10).

2. That per the Order of the Court, Plaintiff's Responses to said Motions are due on June 9, 2020.

3. That the Parties stipulate and agree that Plaintiff shall have until **June 16, 2020** to file her Responses to Defendants' Motions.

4. This stipulation is made in good faith.

Dated this 9th day of June, 2020.                    Dated this 9th day of June, 2020.

*/s/ Harold P. Gewerter, Esq.*                        */s/ Shelby A. Dahl, Esq.*
Harold P. Gewerter, Esq.                              Mark A Hutchison, Esq.
HAROLD P. GEWERTER, ESQ. LTD.                         C. Michael Rasmussen, Esq.
1212 S. Casino Center Boulevard                       Shelby A. Dahl, Esq.
Las Vegas, Nevada  89104                              HUTCHISSON & STEFFEN, PLLC
Telephone: (702) 382-1714                             10080 W. Alta Drive, Suite 200
*Attorneys for Plaintiff*                             Las Vegas, Nevada  89145
                                                      Telephone: (702) 385-2500
                                                      *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: June 18, 2020.

_____
UNITED STATES DISTRICT JUDGE

2